**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KERRY HODGE, et al,** individually and on behalf of all others similarly situated, | ) | |
| **Plaintiff,** | ) | **No. 3:23-cv-01308** |
| **v.** | ) | **(3:23-cv-01342 and 3:24-cv-00396)** |
| **AHS MEDICAL HOLDINGS LLC d/b/a ARDENT HEALTH SERVICES,** | ) | |
| **Defendant.** | ) | |

**ORDER**

The Clerk shall close Case No. 3:23-cv-01342 and 3:24-cv-00396 based upon the Final Order and Judgment (Doc. No. 67) in the lead case 3:23-cv-1308.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE